No. 85–364. DEPARTMENT OF SOCIAL SERVICES OF RUSK COUNTY ET AL. *v.* J. C. Ct. App. Wis. Motion of National Association of Counsel for Children for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 85–366. KING *v.* LOVE. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 85–388. DILLON *v.* POTOMAC HOSPITAL CORP. Sup. Ct. Va. Motion of Virginia Brown et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 85–463. MEYERS INDUSTRIES, INC. *v.* PRILL ET AL. C. A. D. C. Cir. Motion of petitioner for leave to intervene denied. Certiorari denied.

No. 85–482. FIRESTONE TIRE & RUBBER CO. *v.* COUSINEAU, PERSONAL REPRESENTATIVE OF THE ESTATE OF COUSINEAU, ET AL. Ct. App. Mich. Motion of National Association of Manufacturers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 85–607. BURCHE *v.* CATERPILLAR TRACTOR CO. C. A. 7th Cir. Motion of respondent to strike purported revision of the petition denied. Certiorari denied.